IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-MJ-02056-DPR |
| NATALIE K. HAMPTON, | |
| Defendant. | |

## MOTION TO DISMISS

The United States of America, by the United States Attorney for the Western District of Missouri, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby seeks leave of Court to dismiss the Complaint filed against the defendant, Natalie K. Hampton, in the above-referenced matter. As grounds for this Motion, the Government states as follows:

1. On March 27, 2019, the defendant was charged by Indictment, in case number 19-03046-01-CR-S-MDH, with violations of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B); 21 U.S.C. § 841(a)(1) and (b)(1)(B); 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 924(c)(1)(A); and 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. On June 20, 2019, the defendant was charged by Complaint, in case number 19-MJ-02056-DPR, with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 924(c)(1)(A). These charges relate to conduct that occurred subsequent to the defendant's Indictment in case number 19-03046-01-CR-S-MDH.

3. On June 24, 2019, the defendant pleaded guilty to Counts 1 and 3 of the Indictment in case number 19-03046-01-CR-S-MDH. As a result, the Government does not intend to pursue further charges against the defendant in connection with case number 19-MJ-02056-DPR at this

time.

Wherefore, the Government respectfully requests that this Court dismiss the Complaint filed against the defendant in case number 19-MJ-02056-DPR without prejudice.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

By    */s/ Jessica R. Keller*
Jessica R. Keller
Special Assistant United States Attorney
Missouri Bar No. 69322
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on June 24, 2019, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Jessica R. Keller*
Jessica R. Keller
Special Assistant United States Attorney